IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**CAMILIA WRIGHT**                                                                  **PLAINTIFF**

**V.**                                          **CIVIL ACTION NO. 3:08CV640 HTW-LRA**

**SAILORMEN, INC., d/b/a POPEYES CHICKEN
AND BISCUITS, CARTEZE BRAZZLE, JOHN
DOES #1-5, AND TWANNA ROCKINGHAM,
GENERAL MANAGER**                                                            **DEFENDANTS**

## JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS CAUSE**, having come on for hearing this date on the Motion of the parties to dismiss this action with prejudice, and the Court, having been advised in the premises, and having considered said Motion, is of the opinion that it is well taken and should be sustained.

**IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED** that any and all claims of Plaintiff in this case be, and the same are, hereby dismissed with prejudice from this matter, each party to be responsible for their own costs.

**SO ORDERED AND ADJUDGED,** this, the 29th day of May, 2009.

                                           **s/ HENRY T. WINGATE**
                                           _____
                                           **CHIEF UNITED STATES DISTRICT JUDGE**

**APPROVED AND AGREED:**

  s/ Douglas R. Duke_____
DOUGLAS R. DUKE
SHELL BUFORD, PLLC
**ATTORNEY FOR DEFENDANTS, SAILORMEN, INC. D/B/A POPEYES CHICKEN
AND BISCUITS AND TWANNA ROCKINGHAM**

  s/ Delano Funches_____
DELANO FUNCHES
**ATTORNEY FOR PLAINTIFF, CAMILIA WRIGHT**